CONSUMER LITIGATION LAW CENTER, APC
September J. Katje, Esq., SBN: 227896
sk@consumerlitigationalwcenter.com
Alicia Nikkhoo, Esq., SBN: 297290
an@consumerlitigationlawcenter.com
100 N. Citrus Street, Suite 408
West Covina, California 91791
P: (800) 787-5616 || F: (888) 909-7947

Attorneys for Plaintiffs, ATIKUR R. KHAN and
RUBYNA KHAN

David J. Reed (State Bar No. 206338)
reedd@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendants
PHH MORTGAGE CORPORATION
and CITIBANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
GSAA HOME EQUITY TRUST
2007-9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ATIKUR R. KHAN and RUBYNA KHAN, as individuals,<br><br>                Plaintiffs,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION, A NEW JERSEY CORPORATION, *et al.*,<br><br>              Defendants. | Case No. 2:15-CV-03213-BRO-E<br><br>**JOINT STATUS REPORT OF LITIGATION IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>[Assigned to the Honorable Beverly Reid O'Connell] |

Plaintiffs Atikur R. Khan and Rubyna Khan (together, "Plaintiffs") and defendants PHH Mortgage Corporation and Citibank, National Association, as Trustee for GSAA Home Equity Trust 2007-9 (together, "Defendants") (referred to collectively as the "Parties"), hereby submit this joint status report to satisfy the Court's Order to Show Cause issued on October 28, 2015, as follows:

This action had previously been stayed by orders of the Court dated May 6, 2015 and July 10, 2015 pursuant to the stipulation of the Parties. The Parties have been pursuing a settlement of this action via a loan modification.  After the expiration of the previous stay of the action, Defendant PHH Mortgage filed a Motion to Dismiss. In response, Plaintiffs timely filed a First Amended Complaint on August 27, 2015. Throughout this time, the Parties continued to pursue settlement of the action via a loan modification.

The loan modification review has proceeded slower than expected because Plaintiffs' financial situation is more complex than most borrowers requesting a loan modification, as Mr. Khan co-owns a business which he himself operates, and Mrs. Khan has two w-2 income jobs. Plaintiffs have been responsive to PHH Mortgage's requests for additional and updated documents, and as recently as October 13, 2015, Plaintiffs provided the requested 4506-T form.

After the filing of the First Amended Complaint, the Parties agreed among themselves to enter into a stipulation and order to renew the stay of the litigation. Counsel for Defendant PHH Mortgage agreed to draft the stipulation, but counsel neglected to calendar the appropriate deadline for completing the stipulation and did not provide a draft of the stipulation to Plaintiffs' counsel. The undersigned counsel for PHH Mortgage apologizes to the Court and to Counsel for Plaintiffs, for causing the burden and expense of the instant Order to Show Cause. Counsel for Defendants respectfully submits that Plaintiffs' failure to request entry of default does not reflect Plaintiffs' lack of prosecuting the case, but rather reflects the professional and courteous working relationship between Counsels in this matter.

The Parties expect that it will take approximately ninety (90) days for the loan modification review to be completed and to allow for any applicable statutory appeals period, if necessary. The Parties respectfully request that the Court renew the previous Order to stay the action, and extend the stay until at least January 29,

JOINT STATUS REPORT OF LITIGATION IN RESPONSE TO ORDER TO SHOW CAUSE

2016, or any date thereafter that is convenient for this Court. If the Court is not inclined to renew the stay, the Parties respectfully suggest that the Court vacate the Order to Show Cause and grant Defendants five (5) days to file a motion to dismiss or answer Plaintiff's First Amended Complaint.

Respectfully submitted,

DATED: November 4, 2015        CONSUMER LITIGATION LAW CENTER, APC

_/s/ Alicia Nikkhoo_____
September J. Katje
Alicia Nikkhoo
Attorneys for Plaintiffs
ATIKUR R. KHAN and RUBYNA KHAN

DATED: November 4, 2015        BALLARD SPAHR, LLP

_/s/ David J. Reed_____
David J. Reed

Attorneys for Defendants
PHH MORTGAGE CORPORATION and CITIBANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-9

JOINT STATUS REPORT OF LITIGATION IN RESPONSE TO ORDER TO SHOW CAUSE